## MOTION DOCKET

**88–351.** State v. Cooey. *Summit County,* No. 12943. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

Cook, J., not participating.

**93–569.** State v. Simko. *Lorain County,* No. 91CA005214. This court has received notification that on October 2, 1995, the Supreme Court of the United States entered an order in No. 94–9317, *John Simko, Jr. v. Ohio,* which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

It appearing to this court that the stay of execution of sentence granted by the Supreme Court of the United States on March 8, 1995, terminated automatically upon the denial of the petition for writ of certiorari,

IT IS HEREBY ORDERED by this court, effective October 17, 1995, that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 16th day of January 1996, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Lorain County.

IT IS FURTHER ORDERED by the court that, upon written application of appellant, and pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 514 N.E.2d 869, this court will grant one additional stay for a period ending six months from the date of this entry to allow appellant an opportunity to file a petition for post-conviction relief.

**94–1093.** State ex rel. Bryant v. Human Involvement Pro. *Franklin County,* No. 93APD05–685. On motion to strike additional authorities. Motion granted.

**94–1319.** State ex rel. Crabtree v. Ohio Bur. of Workers' Comp. In Mandamus and Prohibition. On response to show cause order by Industrial Commission, motion by *amicus curiae* Ohio Chamber of Commerce for leave to file brief in opposition to show cause order, motion by *amici curiae* Ohio Mfg. Assn. et al. for leave to file brief in opposition to show cause order, motion by *amici curiae* Ohio Chapter/Natl. Fedn. of Indep. Business et al., for leave to file brief in opposition to show cause order, and motion of relator for leave to file reply to respondent's opposition to show cause order. Motion to show cause overruled for want of standing.

**95–611.** State ex rel. OTR v. Columbus. *Franklin County,* No. 94APE05–761. On motion to supplement record with stipulation. Motion granted.

**95–912.** Coleman v. Sandoz Pharmaceuticals Corp. Certified State Law Question, No. 3:91CV7573. On request for oral argument by petitioner and on request for oral argument by respondent, Brandi Coleman. Requests denied.

Moyer, C.J., Resnick and F.E. Sweeney, JJ., dissent.

**95–1323.** Maragas v. Summit Cty. Health Dept. In Mandamus. On motion to assess costs. Motion denied.

Resnick and F.E. Sweeney, JJ., dissent.

**95–1377.** State v. Gustafson. *Mahoning County,* No. 94 C.A. 232. On motion for admission *pro hac vice* of Henry M. Jasny and on motion for admission *pro hac vice* of Michele Fields. Motions granted.

On motion for stay of execution. Motion denied.

Resnick and F.E. Sweeney, JJ., dissent.

On motion to strike motion for stay. Motion denied.

**95–1421.** State ex rel. Nicholls v. Indus. Comm. In Mandamus. On answer of respondent by Industrial Commission of Ohio and on answer of respondent by American National Can Company. *Sua sponte,* alternative writ granted.